UNITED STATES DISTRICT COURT
FOR MASSACHUSETTS

| | |
|---|---|
| Carl Hurvich,<br><br>Plaintiff,<br><br>v.<br><br>United States Citizenship and Immigration Services,<br><br>Defendant. | Civil Action No. 25-cv-13424 (AK) |

**DECLARATION OF JARROD PANTER**

I, Jarrod Pantor, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am the Acting Associate Center Director and Chief FOIA Officer in the Freedom of Information and Privacy Act (FOIA/PA) Unit, National Records Center (NRC), United States Citizenship and Immigration Services (USCIS), within the United States Department of Homeland Security (DHS), in Lee's Summit, Missouri. I have held the position of Acting Associate Center Director since April 14, 2024. I received my Masters of Public Administration from the University of Kansas in 2008. I joined USCIS in 2009, as a Government Information Specialist at the National Records Center and, in 2012, began serving as a Supervisory Government Information Specialist. In 2023, I was promoted to Section Chief of the Significant Interest Group prior to serving in my current position as Acting Associate Center Director.

2. As the FOIA Officer for USCIS, I work with over 200 information access professionals who are responsible for the orderly processing of all public, congressional, judicial, and inter/intra-agency requests or demands for access to USCIS records and information pursuant to the FOIA, Privacy Act, Executive Orders, departmental directives, regulations and compulsory legal process.

3. Through the exercise of my official duties as the Acting Associate Center Director, I am familiar with USCIS's standard process for responding to FOIA requests, including searches for records pertaining to I-130 petitions.

4. This declaration is submitted in support of Defendant's Motion to Dismiss. The statements contained in this declaration are based on my personal knowledge, my review of relevant documents kept by USCIS in the course of ordinary business, and upon information provided to me by other USCIS employees in the course of my official duties.

5. Via the USCIS online FOIA portal, Plaintiff submitted a FOIA request on September 2, 2025, which was created by USCIS on September 5, 2025, for records pertaining to Pierre Alin Wagnac seeking Mr. Wagnac's entire A-File and . See Exhibit A

6. By letter dated September 5, 2025, USCIS acknowledged Plaintiff's request. USCIS assigned FOIA number NRC2025409012 to the request for Mr. Wagnac's A-file as well as Petition IOE9504172307. See Exhibit B

7. By letter dated November 19, 2025, USCIS released Mr. Wagnac's A-file to the requester. 36 pages were released in full; 10 (ten) pages were released in part, and 6 (six) were withheld in full. The information not released to Plaintiff was withheld pursuant to 5 U.S.C. § 552(b)(6), (b)(7)(C) and (b)(7)(E). Plaintiff was provided administrative appeal rights. See Exhibit C.

8. Prior to the USCIS release described in paragraph 7, on November 17, 2025, Plaintiff filed suit seeking the release of Mr. Wagnac's A-file which he believed would contain the petition filed on Mr. Wagnac's behalf by his late sister, Rose Felix. Ms. Felix is not mentioned in the original request.

9. Following receipt of the Complaint in this action and the release of Mr. Wagnac's A-file, USCIS was notified that Plaintiff sought the I-130 petition filed on Mr. Wagnac's behalf by his sister, Rose Felix, which was not released as part of the November 17, 2025, release.

10. USCIS provided instructions to Plaintiff on how he could make a proper request for the I-130 petition filed by Ms. Felix, which is not located in Mr. Wagnac's A-file.

11. Via the USCIS FOIA Portal on December 11, 2025, Plaintiff made a request for the I-130 petition filed by Rose Marie Felix on behalf of Mr. Wagnac. See Exhibit D.

12. By letter dated December 16, 2025, USCIS acknowledged Plaintiff's request. USCIS assigned FOIA number SMP2025005688. See Exhibit E

13. By letter dated December 23, 2025, USCIS advised the requester that there was no record of the I-130 petition at USCIS. The letter advised the requester to visit the State' Department's National Visa Center located at travel.state.gov for more information. See Exhibit F. which is a component of the United States Department of State. See Exhibit F.

14. USCIS has searched for the I-130 petition filed by Rose Felix on behalf of Mr. Wagnac. This petition is not with USCIS and cannot be located in our files or systems. While the sponsor (Ms. Felix) began the immigration process by filing a petition on Mr. Wagnac's behalf with USCIS, after petition approval, the National Visa Center ("NVC"), a component of the United States Department of State handles the processing for certain kinds of documents, such as the sought after I-130 sending them onward to post at a foreign consulate. The foreign consulate then reviews the visa application and supporting documents, conducts an interview to determine visa eligibility, and completes processing. This procedure is described in the State Department regulations located at 9 FAM 501.1-1(c). Thus, the appropriate FOIA Office to make a request is the State Department's NVC.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Lee's Summit, Missouri, on this 27th day of January 2026.

JARROD T PANTER

Digitally signed by JARROD T PANTER
Date: 2026.01.27 13:37:30 -06'00'

JARROD PANTER
Acting Associate Center Director and Chief FOIA Officer
Freedom of Information Act & Privacy Act Unit
USCIS National Records Center