System-Generated

# Digital Request on Behalf of Other NRC2025600283REQ

**Case supporting documents have been added to this request. Please check the documents tab.**

## Part 1. Type of Request

## Part 2. Requestor Information

| | |
|---|---|
| Is requestor the Subject of Record? | No |
| Representative Role to Subject? | |

An attorney

### *Requestor's Full Name*

| | |
|---|---|
| Family Name (Last Name) | Hurvich |
| Given Name (First Name) | Carl |
| Middle Name | |

### *Requestor's Mailing Address*

| | |
|---|---|
| In Care of Name | |
| Address | 10 High street<br>Ste. 3 |
| City or Town | MEDFORD |
| State | MA |
| Zip Code | 02155 |
| Province | |
| Postal Code | |
| Country | UNITED STATES |

### *Requestor's Contact Information*

| | |
|---|---|
| Requestor's Daytime Telephone Number | |
| Requestor's Mobile Phone Number | |
| Requestor's Email Address | carl@brookslawfirm.com |

### *Parent/Guardian Information*

| | |
|---|---|
| Full Legal Name | |
| Country of Birth | |

# Digital Request on Behalf of Other NRC2025600283REQ

Case supporting documents have been added to this request. Please check the documents tab.

| | |
|---|---|
| Date of Birth | --/--/-- |

### *Requestor's Certification*

| | |
|---|---|
| Requestor Agrees to Statement | Yes |
| Requestor's Signature | Carl Hurvich |
| Date of Signature | 9/2/2025 |

## Part 3. Description of Records Requested

Purpose:

### *Full Name of the Subject of Record*

| | |
|---|---|
| Family Name (Last Name) | Wagnac |
| Given Name (First Name) | Pierre |
| Middle Name | Alin |

### *Other Names Used by the Subject of Record*

**Alias:**

| | |
|---|---|
| Family Name (Last Name) | Wagnac |
| Given Name (First Name) | Pierre |
| Middle Name | null |

### *Full Name of the Subject of Record at Time of Entry into the United States*

| | |
|---|---|
| Family Name (Last Name) | Wagnac |
| Given Name (First Name) | Pierre |
| Middle Name | Alin |

### *Other Information About the Subject of Record*

| | |
|---|---|
| Form I-94 Number Arrival-Departure Record | |
| Alien Registration Number | 232273463 |
| USCIS Online Account Number | |
| Application, Petition, or Request Receipt Number | IOE9504172307 |

### *Information about Family Members that May Appear on Requested Records*

## Digital Request on Behalf of Other NRC2025600283REQ

**Case supporting documents have been added to this request. Please check the documents tab.**

***Parents' Names for Subject of Record***

**Father**

| | |
|---|---|
| Family Name (Last Name) | Wagnac |
| Given Name (First Name) | Villarson |
| Middle Name | |

**Mother**

| | |
|---|---|
| Family Name (Last Name) | Mongerard |
| Given Name (First Name) | Dieumene |
| Middle Name | |
| Maiden Name | |

**Description of Records Sought**

Other - Entire A file

**Circumstances**

| | |
|---|---|
| Upcoming Court Proceedings | No |

**Additional Persons with Access to Released Records**

## Part 4. Verification of Identity and Subject of Record Consent

***Full Name of the Subject of Record***

| | |
|---|---|
| Family Name (Last Name) | Wagnac |
| Given Name (First Name) | Pierre |
| Middle Name | Alin |

System-Generated

## Digital Request on Behalf of Other NRC2025600283REQ

**Case supporting documents have been added to this request. Please check the documents tab.**

### *Mailing Address for the Subject of Record*

| | |
|---|---|
| In Care of Name | |
| Address | 52 Main Street |
| | Apt. 4L |
| City or Town | Stoneham |
| State | MA |
| Zip Code | 02180 |
| Province | |
| Postal Code | |
| Country | UNITED STATES |

### *Other Information for the Subject of Record*

| | |
|---|---|
| Date of Birth | 10/27/1972 |
| Country of Birth | HAITI |

### *Contact Information for the Subject of Record*

| | |
|---|---|
| Daytime Telephone Number | |
| Mobile Phone Number | |
| Email Address | |

### *Signature and Notarized Affidavit or Declaration of the Subject of Record*

| | |
|---|---|
| Subject of Record Agrees to Statement | No |
| Signature of Subject of Record | notarized by requester |
| Date of Signature | |
| Notarized Affidavit (see attached docs) | Yes |

## Part 5. Other Information

*Case Creator Note: information for this section (additional family members, etc.) appears under the respective sections above.*