System-Generated

# Digital Request on Behalf of Other NRC2025835199REQ

**Case supporting documents have been added to this request. Please check the documents tab.**

## Part 1. Type of Request

## Part 2. Requestor Information

| | |
|---|---|
| Is requestor the Subject of Record? | No |
| Representative Role to Subject? | |
| An attorney | |

### *Requestor's Full Name*

| | |
|---|---|
| Family Name (Last Name) | Hurvich |
| Given Name (First Name) | Carl |
| Middle Name | |

### *Requestor's Mailing Address*

| | |
|---|---|
| In Care of Name | |
| Address | 10 High street<br>Ste. 3 |
| City or Town | MEDFORD |
| State | MA |
| Zip Code | 02155 |
| Province | |
| Postal Code | |
| Country | UNITED STATES |

### *Requestor's Contact Information*

| | |
|---|---|
| Requestor's Daytime Telephone Number | |
| Requestor's Mobile Phone Number | |
| Requestor's Email Address | carl@brookslawfirm.com |

### *Parent/Guardian Information*

| | |
|---|---|
| Full Legal Name | |
| Country of Birth | |

# Digital Request on Behalf of Other NRC2025835199REQ

**Case supporting documents have been added to this request. Please check the documents tab.**

| | |
|---|---|
| Date of Birth | --/--/-- |

***Requestor's Certification***

| | |
|---|---|
| Requestor Agrees to Statement | Yes |
| Requestor's Signature | Carl Hurvich |
| Date of Signature | 12/18/2025 |

## Part 3. Description of Records Requested

Purpose:

***Full Name of the Subject of Record***

| | |
|---|---|
| Family Name (Last Name) | Felix |
| Given Name (First Name) | Marie |
| Middle Name | Rose |

***Other Names Used by the Subject of Record***

***Full Name of the Subject of Record at Time of Entry into the United States***

| | |
|---|---|
| Family Name (Last Name) | Felix |
| Given Name (First Name) | Marie |
| Middle Name | Rose |

***Other Information About the Subject of Record***

| | |
|---|---|
| Form I-94 Number Arrival-Departure Record | |
| USCIS Online Account Number | |
| Application, Petition, or Request Receipt Number | |

***Information about Family Members that May Appear on Requested Records***

## Digital Request on Behalf of Other NRC2025835199REQ

**Case supporting documents have been added to this request. Please check the documents tab.**

***Parents' Names for Subject of Record***

**Father**

| | |
|---|---|
| Family Name (Last Name) | Unknown |
| Given Name (First Name) | Unknown |
| Middle Name | |

**Mother**

| | |
|---|---|
| Family Name (Last Name) | Unknown |
| Given Name (First Name) | Unknown |
| Middle Name | |
| Maiden Name | |

**Description of Records Sought**

Other - Receipt for I-130 petition filed by Marie Rose on behalf of beneficiary Pierre Wagnac

**Circumstances**

| | |
|---|---|
| Upcoming Court Proceedings | No |

**Additional Persons with Access to Released Records**

## Part 4. Verification of Identity and Subject of Record Consent

***Full Name of the Subject of Record***

| | |
|---|---|
| Family Name (Last Name) | Felix |
| Given Name (First Name) | Marie |
| Middle Name | Rose |

System-Generated

# Digital Request on Behalf of Other NRC2025835199REQ

**Case supporting documents have been added to this request. Please check the documents tab.**

***Mailing Address for the Subject of Record***

| | |
|---|---|
| In Care of Name | |
| Address | |
| City or Town | |
| State | |
| Zip Code | |
| Province | |
| Postal Code | |
| Country | |

***Other Information for the Subject of Record***

| | |
|---|---|
| Date of Birth | 9/26/1959 |
| Country of Birth | HAITI |

***Contact Information for the Subject of Record***

| | |
|---|---|
| Daytime Telephone Number | |
| Mobile Phone Number | |
| Email Address | |

***Signature and Notarized Affidavit or Declaration of the Subject of Record***

| | |
|---|---|
| Subject of Record Agrees to Statement | No |
| Signature of Subject of Record | notarized by requester |
| Date of Signature | |
| Notarized Affidavit (see attached docs) | Yes |

## Part 5. Other Information

*Case Creator Note: information for this section (additional family members, etc.) appears under the respective sections above.*